1068

[No. 25128-7-I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
MICHAEL ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-00990-5, John F. Wilson, J.,
entered October 25, 1989. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Forrest and Agid, JJ.

[No. 25067-1-I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SCOTT
WILBUR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-03306-4, James D. McCutcheon, Jr., J.,
entered October 23, 1989. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Coleman and Webster, JJ.

[No. 23918-0-I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL RAY
LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-02784-2, Susan R. Agid, J., entered
March 14, 1989. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Coleman and Kennedy, JJ.

[No. 26218-1-I.   Division One.   April 8, 1991.]

TOBIN M. SALERNO, *Appellant,* v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88-2-18774-6, Edward Heavey, J., entered
May 15, 1990. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Coleman and Pekelis, JJ.